ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
KENDRA J. JEPSEN, ESQ.
Nevada Bar No. 14065
KJepsen@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Ponderosa Hotel, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATISHA AHL<br><br>Plaintiff,<br><br>vs.<br><br>PONDEROSA HOTEL, INC., & CALVIN CHITTUM,<br><br>Defendants. | CASE NO.:  3:22-cv-00002-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING**<br>**(Second Request)** |

Defendant, PONDEROSA HOTEL INC, ("Defendant" or "Ponderosa"), by and through its counsel of record, ANTHONY HALL and KENDRA JEPSEN of SIMONS HALL JOHNSTON, and Plaintiff Latisha Ahl, ("Plaintiff") by and through her counsel of record, MARK MAUSERT and SEAN McDOWELL of MARK MAUSERT LAW, hereby stipulate and agree to extend the deadline for Ponderosa to file its responsive pleading.  The Defendants seek a twenty-nine (29) day extension to answer or otherwise respond to Plaintiff's Complaint.  This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice.  Accordingly, the Parties have agreed and stipulate that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint will be on or before **April 15, 2022**.

//

//

Page 1 of 2

DATED: March 17, 2022                        DATED: March 17, 2022

MARK MAUSERT LAW                             SIMONS HALL JOHNSTON PC

 /s/ Mark Mausert, Esq.                       /s/ Kendra Jepsen, Esq.
Mark Mausert, Esq.                           Anthony L. Hall, Esq.
Sean McDowell, Esq.                          Kendra J. Jepsen, Esq.
MARK MAUSERT LAW                             SIMONS HALL JOHNSTON PC
729 Evans Avenue                             690 Sierra Rose Drive
Reno, Nevada 89512                           Reno, Nevada 89511
mark@markmausertlaw.com                      AHall@SHJNevada.com
sean@markmausertlaw.com                      KJepsen@SHJNevada.com
*Attorneys for Plaintiff*                    *Attorneys for Defendant*
                                             *Ponderosa Hotel, Inc.*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 21, 2022