SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATISHA AHL<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PONDEROSA HOTEL, INC., & CALVIN CHITTUM,<br><br>　　　　　Defendants. | CASE NO.:　3:22-cv-00002-ART-CSD<br><br>**ORDER APPROVING**<br>STIPULATION TO STAY ALL CASE DEADLINES PENDING RESOLUTION |

　　　Defendant, PONDEROSA HOTEL INC, ("Defendant" or "Ponderosa"), by and through its counsel of record, ANTHONY HALL and KENDRA JEPSEN of SIMONS HALL JOHNSTON, and Plaintiff Latisha Ahl, ("Plaintiff") by and through her counsel of record, MARK MAUSERT and SEAN McDOWELL of MARK MAUSERT LAW, hereby submit this Stipulation to Stay All Case Deadlines Pending Resolution.

　　　The Parties hereby jointly notify the Court that the parties are working diligently toward settlement, and anticipate reaching settlement within the next fourteen (14) days, and accordingly request that the Court stay all current case deadlines in order to allow the Parties to focus on finalizing and executing a settlement agreement and comply with the agreement's requirements. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the

disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163 (1936).

For good cause show, the Parties respectfully request the Court grant this request to stay all pending deadlines.

DATED:  May 2, 2022                              DATED:  May 2, 2022

MARK MAUSERT LAW                                 SIMONS HALL JOHNSTON PC

 /s/ Mark Mausert, Esq.                           /s/ Anthony Hall, Esq.
Mark Mausert, Esq.                               Anthony L. Hall, Esq.
Sean McDowell, Esq.                              Kendra J. Jepsen, Esq.
MARK MAUSERT LAW                                 SIMONS HALL JOHNSTON PC
729 Evans Avenue                                 690 Sierra Rose Drive
Reno, Nevada 89512                               Reno, Nevada 89511
mark@markmausertlaw.com                          AHall@SHJNevada.com
sean@markmausertlaw.com                          KJepsen@SHJNevada.com
*Attorneys for Plaintiff*                        *Attorneys for Defendant*
                                                 *Ponderosa Hotel, Inc.*

**ORDER**

Based on the parties' stipulation, and good cause appearing, all pending deadlines are hereby stayed.  The parties shall submit a proposed order of dismissal with prejudice or a status report no later than Friday, July 1, 2022.

DATED: <u>May 2, 2022</u>

**UNITED STATES DISTRICT JUDGE**