1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATISHA AHL, | Case No.: 3:22-cv-00002-ART-CSD |
| Plaintiff, | |
| vs. | **ORDER APPROVING STIPULATION TO DISMISS WITH PREJUDICE** |
| PONDEROSA HOTEL, INC. & CALVIN CHITTUM, | |
| Defendants. | |

    Plaintiff and Defendants by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice. The case has been resolved.

//
//
//
//
//
//
//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated this 16th day of June, 2022.
MARK MAUSERT LAW OFFICE

 /s/ Mark Mausert
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

Dated this 16th day of June, 2022.
SIMONS HALL JOHNSTON PC

 /s/ Anthony Hall
ANTHONY L. HALL, ESQ.
KENDRA J. JEPSEN, ESQ.
690 Sierra Rose Drive
Reno, Nevada 89511

*Attorneys for Defendant Ponderosa Hotel, Inc.*

**IT IS SO ORDERED.**

Dated:  June 21, 2022.

_____
Anne R. Traum
United States District Judge

2.